## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

SWETLIC CHIROPRACTIC     )
REHABILITATION CENTER, INC.,   )
individually and as the representative of a  )
class of similarly-situated persons,    )
             )   Case No. 2:16-cv-00236
Plaintiff,          )
    v.          )   Judge George C. Smith
             )
FOOT LEVELERS, INC. and JOHN DOES  )   Magistrate Judge Elizabeth P. Deavers
             )
Defendants.        )

### JOINT STIPULATION OF DISMISSAL

   Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, SWETLIC CHIROPRACTIC &

REHABILITATION CENTER, INC., and Defendant, FOOT LEVELERS, INC., through their

undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's

individual claims and without prejudice as to class allegations.

| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
|---|---|
| /s/ *Robert E. DeRose* | s/ Michael H. Carpenter  (with permission) |
| Robert E. DeRose – Ohio Bar # 0055214 #0015733 | Michael H. Carpenter – Ohio Bar |
| BARKAN MEIZLISH HANDELMAN GOODIN DEROSE WENTZ, LLP | CARPENTER LIPPS & LELAND LLP |
| 250 E. Broad St., 10th Floor | 280 Plaza, Suite 1300 |
| | 20 North High Street |
| Columbus, OH 43215 | Columbus, OH 43215 |
| Tel: 614-221-4221 / Fax: 614-744-2300 | Tel: 614-365-4100 / Fax: 614-365-9145 |
| bderose@barkanmeizlish.com | carpenter@carpenterlipps.com |
| | |
| Brian J. Wanca | J. Benjamin Rottenborn |
| Ryan M. Kelly | Michael P. Gardner |
| ANDERSON + WANCA | WOODS ROGERS PLC |
| 3701 Algonquin Road, Suite 500 | 10 S. Jefferson Street, Suite 1400 |
| Rolling Meadows, IL 60008 | Roanoke, VA 24011 |
| Tel: 847-368-1500 / Fax: 847-368-1501 | Tel: 540-983-7540 / Fax: 540-9837711 |
| bwanca@andersonwanca.com | brottenborn@woodsrogers.com |
| rkelly@andersonwanca.com | mgardner@woodsrogers.com |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 15, 2017, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

<u>/s/ *Robert E. DeRose*</u>
Robert E. DeRose